```
                    UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF NORTH CAROLINA
                          EASTERN DIVISION

                    NO: 4:05-CR-00109-FA-1
                        4:06-CR-00032-FA-1
                        5:07-CR-00009-FA-1
```

UNITED STATES OF AMERICA

v.                                                          <u>ORDER</u>

LAMONT CLINTON KING

    The court is in receipt of a letter from defendant requesting early release from his terms of supervised release. The court has considered defendant's background and his performance while on supervised release. The court has also consulted the United States Probation Office. The court is of the opinion that this is an appropriate case for early termination of supervised release.

    Based on the foregoing, defendant's motion is **GRANTED**. It is therefore **ORDERED** that defendant be released from his term of supervised release effective immediately. The Clerk is directed to docket Mr. King's letter.

    The Clerk is directed to send a copy of this Order to counsel of record and to the Probation Office of this court. The Probation Office should forward a copy to Mr. King.

    **IT IS SO ORDERED** this 19th day of July, 2024.

                      ENTER:

                        _David A. Faber_
                        David A. Faber
                        Senior United States District Judge